# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ABDUL-RAHEEM ALONZO HUMPHREY, | : | |
|    Plaintiff, | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 20-CV-2335 |
| | : | |
| PENNSYLVANIA COURT OF COMMON PLEAS OF PHILADLEPHIA, *et al.*, | : | |
|    Defendants. | : | |

## ORDER

AND NOW, this 26th day of May 2020, upon consideration of Plaintiff Abdul-Raheem Alonzo Humphrey's Motion to Proceed *In Forma Pauperis* (ECF No. 1), and Complaint (ECF No. 2) it is **ORDERED** that:

1. Leave to proceed *in forma pauperis* is **GRANTED** pursuant to 28 U.S.C. § 1915.

2. The Complaint is **DEEMED** filed.

3. The Complaint is **DISMISSED WITHOUT PREJUDICE** for the reasons set forth in the accompanying memorandum opinion.

4. Plaintiff may file an amended complaint no later than **June 26, 2020**, if he can state a claim over which this Court may exercise jurisdiction. If an amended complaint is not filed, the case will be closed. In the alternative, the dismissal is without prejudice to Plaintiff's ability to seek relief in the appropriate state court.

                                                         **BY THE COURT:**

                                                         **/s/ Cynthia M. Rufe**

                                                         **CYNTHIA M. RUFE, J.**