# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ABDUL-RAHEEM ALONZO HUMPHREY, | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 20-CV-2335 |
| | : | |
| PENNSYLVANIA COURT OF COMMON PLEAS OF PHILADELPHIA, *et al.*, | : | |
| Defendants. | : | |

## ORDER

AND NOW, this 27th day of January 2021, upon consideration of Plaintiff Abdul-Raheem Alonzo Humphrey's Amended Complaint (ECF No. 9) it is **ORDERED** that:

1. The Order of Dismissal [Doc. No. 8] is **VACATED** and the case is **REOPENED** for purposes of evaluating the Amended Complaint.

2. The Clerk of Court is **DIRECTED** to **PLACE UNDER SEAL** the exhibits to the Amended Complaint (ECF No. 9, pages 6-58).

3. The Amended Complaint is **DISMISSED IN PART WITH PREJUDICE AND IN PART WITHOUT PREJUDICE** for the reasons in the Court's Memorandum as follows:

    a. All federal law claims are **DISMISSED WITH PREJUDICE**.

    b. All state law claims are **DISMISSED WITHOUT PREJUDICE** to Plaintiff's ability to file such claims in the appropriate state court; and

4. The Clerk of Court is **DIRECTED** to mark this case **CLOSED**.

BY THE COURT:

/s/ Cynthia M. Rufe
CYNTHIA M. RUFE, J.